**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CITY OF PHILADELPHIA, | : No. 6 EAL 2021 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| | : |
| JOHN F. JOYCE, | : |
| | : |
| Petitioner | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 19th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.